IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 SEP 22 PM 2:34

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY ANDREW NEEFE,<br><br>Defendant. | No. 16-CR-185-F<br><br>18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)<br>(Possession of Child Pornography) |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about May 13, 2016, in the District of Wyoming, the Defendant, **TIMOTHY ANDREW NEEFE,** knowingly possessed material which contain an image or images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involve prepubescent minors, and which were produced using materials that had been mailed, shipped and transported in and affecting interstate commerce, namely, the Defendant possessed a Seagate 320 GB hard drive, a product of The Peoples Republic of China, containing digital images depicting prepubescent minors engaged in sexually explicit conduct.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

  s/Ink Signature on File in Clerk's Office
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | TIMOTHY ANDREW NEEFE |
| **DATE:** | September 20, 2016 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**No preference** |
| **VICTIM(S):** | Unknown |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)**<br>(Possession of Child Pornography)<br><br>0-20 Years Imprisonment<br>Up to $250,000 Fine<br>5 Years to Life Supervised Release<br>$100 Special Assessment<br>$5000 Special Assessment for Victims of Trafficking |
| **AUSA:** | James C. Anderson, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |